**Rafael MARTIN–PEREZ, Petitioner–Appellant,**

v.

**Alberto GONZALES,* Attorney General, Respondent–Appellee.**

No. 04–56081.

D.C. No. CV–03–01387–RGK.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 7, 2005.**

Decided Feb. 10, 2005.

Rafael Martin-Perez, Lompoc, CA, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Charles R. Weiner, Senior United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

* Alberto Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

** This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Joanne S. Osinoff, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Respondents–Appellees.

Before FERNANDEZ, GRABER, and GOULD, Circuit Judges.

MEMORANDUM ***

Rafael Martin–Perez appeals pro se the district court's judgment denying his 28 U.S.C. § 2241 petition. We have jurisdiction pursuant to 28 U.S.C. § 2253. We review de novo, *see Singh v. Ashcroft*, 351 F.3d 435, 438 (9th Cir.2003), and we affirm.

Martin–Perez contends that he is entitled to relief under the Convention Against Torture. We disagree. Because Martin–Perez failed to demonstrate that it was more likely than not that he would be tortured if returned to Mexico, *see Kamalthas v. INS*, 251 F.3d 1279, 1282 (9th Cir.2001), the district court did not err.

AFFIRMED.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* Alberto Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).